PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Frederick Owens    Case Number: 3:11-00039-01

Name of Sentencing Judicial Officer: Honorable R. Leon Jordan, U.S. District Judge (Eastern District of Tennessee); Jurisdiction accepted by the Honorable William J. Haynes, Jr. on February 11, 2011.

Date of Original Sentence: August 19, 1999

Original Offense: Possession with Intent to Distribute Cocaine; Felon in Possession of a Firearm.

Original Sentence: 160 months' imprisonment and 3 years' supervised release.

Type of Supervision: Supervised Release    Date Supervision Commenced: December 30, 2010

Assistant U.S. Attorney: David C. Jennings    Defense Attorney: Kim A. Tollison

---

THE COURT ORDERS:

☒ No Action *as recommended by PO*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _11th_ day of _July_, 2012, and made a part of the records in the above case.

_____
Honorable William J. Haynes, Jr.
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Roger D. Carrier
U.S. Probation Officer

Place: Columbia, Tennessee

Date: July 2, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

**1.**    **The defendant shall refrain from any unlawful use of a controlled substance:**

On June 18, 2012, Mr. Owens submitted a urine sample at the probation office, which tested positive for marijuana. On June 25, 2012, Mr. Owens admitted to this officer that he had used marijuana on or about June 18, 2012.

### Compliance with Supervision Conditions and Prior Interventions:

Frederick Owens is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since December 30, 2010. He has been unemployed for the majority of his supervision, but has recently secured employment. He lives with girlfriend in Antioch, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

A 12A was filed on April 11, 2012, informing the Court that the offender had tested positive for cocaine. No action was requested at that time. Your Honor signed said petition on April 11, 2012, ordering no action as requested. The offender was placed in the U.S. Probation drug testing program in March 2012. He was also referred to substance abuse treatment at Centerstone, in Madison, TN. Prior to this recent drug use, the offender appeared to be making significant progress in treatment. As a result of this relapse, the offender will remain in an intensive drug treatment and testing program.

This probation officer issued a verbal reprimand to Mr. Owens for violating his conditions of supervised release by using illegal drugs. Mr. Owens' conditions were reviewed with him, and specifically, he was instructed not to possess or use illegal substances. Ms. Owens understands that any future illegal drug use will most likely result in a request for a summons and a recommendation for revocation. Mr. Owens will continue to attend weekly drug treatment at Centerstone, in Madison, Tennessee. The offender's term of supervision is scheduled to expire on December 29, 2013.

### U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no additional action be taken by the Court. It is recommended Mr. Owens continue on supervised release and undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer

**Offender's Address:**
Frederick D. Owens
3412 Towneship Road
Antioch, TN 37013